UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DAVID WILLIAM BEEBE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | Civil No. 3:24-cv-01663-AR<br><br>ORDER OF REMAND |

　　　　Based on the stipulation of the parties, the Court hereby ORDERS that this case be remanded to the agency for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

　　　　On remand, the administrative law judge (ALJ) will offer Plaintiff the opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision. The ALJ will further evaluate the residual functional capacity; and, if warranted, obtain supplemental testimony from a vocational expert.

　　　　After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

　　　　IT IS SO ORDERED this 23rd day of June 2025.


　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeff Armistead
　　　　　　　　　　　　　　　　　　　　　JEFF ARMISTEAD
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE


Submitted by:

William M. Narus
Acting United States Attorney

Kevin Danielson
Executive Assistant, U.S. Attorney

Mathew W. Pile
Associate General Counsel
Office of Program Litigation, Office 7

James D. Sides
Special Assistant United States Attorney
Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
Attorneys for Defendant

Page 2     ORDER OF REMAND